UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-14026-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

ANTHONY CAULEY,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON COMPETENCY EVALUATION

**THIS CAUSE** came before the Court upon Chief United States Magistrate Judge Frank J. Lynch Jr's, Report and Recommendation on Competency Evaluation [ECF No. 49] filed on April 18, 2017. The Magistrate's report is recommending that the Forensic Report dated March 10, 2017 from Dr. Baecht be accepted and that the findings set forth therein be adopted and that the Defendant be found to be competent to proceed to trial and competent at the time of the offenses alleged in the Information.

The parties were afforded the opportunity to file written objections fourteen (14) days from the entry of the report, and the record reveals that none were filed. After a *de novo* review of the Record and Magistrate Lynch's well-reasoned Report and Recommendation, it is hereby:

**ORDERED AND ADJUDGED** that Chief United States Magistrate Judge Frank J. Lynch, Jr.'s Report and Recommendation **[ECF No. 49]** is hereby **ADOPTED AND APPROVED** in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15 day of May, 2017.

                                                _____
                                              JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel Of Record