UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 17-CR-14026-MARTINEZ**

UNITED STATES OF AMERICA

v.

ANTHONY THOMAS CAULEY,

Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORTS AND RECOMMENDATIONS

**THIS CAUSE** came before the Court upon both the *Report and Recommendation on Defendant's Mental Competency* **[ECF No. 144]** and the *Report and Recommendation on Petition for Offender Under Supervision* **[ECF No. 145]**, which were both issued by United States Magistrate Judge Shaniek Mills Maynard on July 7, 2026.

**THESE MATTERS** were heard in front of Magistrate Judge Shaniek Mills Maynard on June 23, 2026 **[ECF No. 143]**. As it pertains to the Defendant's Mental Competency, it was recommended that Dr. Mukhin's Forensic Addendum dated April 30, 2026 **[ECF No. 137]** be accepted, the findings therein be adopted, and the Defendant be found competent to proceed with this case. As it pertains to the *Petition for Warrant or Summons for Offender Under Supervision*, ("Prob 12C"), **[ECF No. 76]**, it was recommended that the Defendant's admission of guilt as to Violations 1, 2, 3, 4, 5, and 6 of the Prob 12C petition be accepted. The Defendant was afforded the opportunity to file objections to both Reports and Recommendations, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file and after careful consideration, the Court affirms and adopts both Reports and Recommendations. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Reports and Recommendations **[ECF Nos. 144, 145]** of United States Magistrate Judge Shaniek Mills Maynard, are hereby **AFFIRMED** and **ADOPTED** in their entirety. Dr. Mukhin's Forensic Addendum dated April 30, 2026 **[ECF No. 137]** is **ACCEPTED**, the findings therein are hereby **ADOPTED**, and the Defendant is found **COMPETENT TO PROCEED** with this case. Additionally, the Defendant is adjudged guilty of

Violations 1, 2, 3, 4, 5, and 6 of the Prob 12C petition **[ECF No. 76]**.

Violation 1 charges Defendant with violating a mandatory condition of supervision by unlawfully possessing or using a controlled substance, having submitted a urine specimen that tested positive for the presence of marijuana on December 9, 2024. Violation 2 charges Defendant with violating a standard condition of supervision by failing to report to the United States Probation Office on December 10, 2024, as instructed to do by his United States Probation Officer. Violation 3 charges Defendant with violating a standard condition of supervision by failing to follow the instructions of his United States Probation Officer by not reporting to the United States Probation Office on the Mondays of December 16, December 23, and December 30, 2024. Violation 4 charges Defendant with violating a mandatory condition of supervision by refusing to submit to drug testing on January 3, 2025. Violation 5 charges Defendant with violating a special condition of supervision by failing to participate in an approved treatment program, having failed to attend his scheduled appointments with Compass Health Systems on November 21, 2024, December 5 and 19, 2024, and January 2, 2025. Violation 6 charges Defendant with violating a mandatory condition of supervision by failing to refrain from violation of the law, having committed the offense of Trespassing, contrary to Florida Statute 810.08, in Miami-Dade County, Florida, on or about January 3, 2025. This latter violation is listed as Case Number M25000137.

Therefore, Defendant has been found to violate six conditions of his supervised release, and a Final Revocation of Supervised Release Hearing will be set to sentence him on these matters.

The Final Revocation Hearing in these matters will be set for **Thursday, August 13, 2026, at 11:00 a.m.**, before the Honorable District Judge Jose E. Martinez at the Wilkie D. Ferguson Jr. United States Courthouse, 400 North Miami Avenue, Courtroom 10-1, Miami, Florida 33128.

**DONE AND ORDERED** in Miami, Florida, this __15__ day of July 2026.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:    all counsel of record
       U.S. Magistrate Judge Shaniek Mills Maynard
       U.S. Probation Office